# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN AND WESTERN DISTRICTS OF ARKANSAS

| | |
|---|---|
| RE:  STEPHANIE HEALY,<br>        Debtor | CASE NO. 4:17-bk-15688 J/B<br>Chapter 13 |

### NOTICE OF OPPORTUNITY TO OBJECT TO MODIFIED PLAN

    You are hereby notified that the captioned debtor has filed the attached modification to the plan pursuant to 11 U.S.C. § 1321 or 1323 and Rule 3015 or 3019 of the Rules of Bankruptcy Procedure. Objections to confirmation of the plan as modified must be filed with the U.S. Bankruptcy Court at 300 W. 2nd Street, Little Rock, AR 72201 in writing within 21 days from the date of this notice, with copies to the attorney for the debtor and Joyce Bradley Babin, P.O. Box 8064, Little Rock, Arkansas 72203.

    If objections to the Plan as Modified are filed, they will be set for hearing by subsequent notice. If no objections are received, the Plan as modified may be confirmed without further notice or hearing.

DATED: March 29, 2018

       /s/ Joshua T. Ogle
       Joshua T. Ogle (2013-266)
       Robert R. Danecki (92105)
       DANECKI LAW FIRM, P.L.C.
       Attorneys for Debtor
       P.O. Box 1938
       Little Rock, AR  72203
       (501) 371-0002

### CERTIFICATE OF MAILING

    I, the undersigned, hereby certify that copies of the foregoing notice and attached Modified Plan have been mailed to:

| | |
|---|---|
| Standing Chapter 13 Trustee<br>Joyce Bradley Babin<br>P.O. Box 8064<br>Little Rock, AR 72203 | Internal Revenue Service<br>Special Procedures Staff<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 |
| U.S. Attorney, Eastern District<br>P.O. Box 1229<br>Little Rock, AR 72203 | Employment Security Division<br>Legal Division<br>P.O. Box 2981<br>Little Rock, AR 72203 |
|     or<br>U.S. Attorney, Western District<br>P.O. Box 1524<br>Fort Smith, AR 72902 | |

and to all creditors whose names and address are set forth on the mailing matrix
by electronic notification and/or U.S. Mail, *postage prepaid*, on this 29th day of March, 2018.

       /s/ Joshua T. Ogle
       Joshua T. Ogle

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN AND WESTERN DISTRICTS OF ARKANSAS

RE: STEPHANIE HEALY,             CASE NO. 4:17-bk-15688 J/B
     Debtor                                                 Chapter 13

### MODIFICATION OF CHAPTER 13 PLAN

Comes now the Debtor and for her modification to the original or modified Chapter 13 plan state as follows:

1. Payments shall increase to the sum of **$1,395.00** monthly. The debtor is paid semi-monthly. This payment does not include any payments being made to priority insurance.

2. The plan length from the date of filing shall be 60 months. This modification does not affect the length of the plan.

3. Unsecured creditors - treatment shall remain the same (pro rata).

4. Unsecured creditors shall be paid at least as much as they would receive under Chapter 7.

5. All other provisions as set forth in the last confirmed plan shall remain the same.

March 29, 2018                                   /s/ Joshua T. Ogle
DATE                                                Joshua T. Ogle (2013-266)
                                                           Robert R. Danecki (92105)
                                                           DANECKI LAW FIRM, P.L.C.
                                                           Attorneys for Debtor
                                                            P.O. Box 1938
                                                            Little Rock, AR  72203
                                                            (501) 371-0002